No. 246, Misc. SESI v. REID, SUPERINTENDENT, WASHINGTON ASYLUM AND JAIL. The motion for leave to file petition for writ of habeas corpus is denied. *James K. Hughes* and *T. Emmett McKenzie* for petitioner.

No. 247, Misc. CROSS v. BOYLES, CHIEF JUSTICE OF THE SUPREME COURT OF MICHIGAN. The motion for leave to file petition for writ of mandamus is denied.

No. 249, Misc. HACKWORTH v. HIATT, WARDEN; and
No. 251, Misc. STINCHCOMB v. CALIFORNIA ET AL. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 364. UNITED STATES v. ALLIED OIL CORP. ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *Thomas J. Downs, Julius L. Sherwin, Theodore R. Sherwin, Michael F. Mulcahy* and *Henry W. Dieringer* for respondents.

No. 356. GENERAL STEEL CASTINGS CORP. ET AL. v. MISSISSIPPI RIVER FUEL CORP. ET AL.;
No. 357. ALTON BOX BOARD CO. ET AL. v. MISSISSIPPI RIVER FUEL CORP. ET AL.; and
No. 360. ILLINOIS COMMERCE COMMISSION v. MISSISSIPPI RIVER FUEL CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Fred E. Fuller, Leslie Henry, William R. Bascom* and *Milton H. Tucker* for petitioners in No. 356 and the General Steel Castings Corporation et al., respondents in No. 360. *George A. McNulty* for petitioners in No. 357. *Ivan A. Elliott,* Attorney General of Illinois, *William R.*

*Ming, Jr.,* Special Assistant Attorney General, and *Milton Mallin,* Assistant Attorney General, for petitioner in No. 360. *William A. Dougherty, James Lawrence White* and *Henry F. Lippitt, II,* for the Mississippi River Fuel Corporation, respondent. Reported below: 181 F. 2d 833.

No. 366. KLAPPROTT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *P. Bateman Ennis, Frederick M. P. Pearse* and *Morton Singer* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 378. HESSEY ET AL., CONSTITUTING THE PUBLIC SERVICE COMMISSION OF MARYLAND, ET AL. *v.* BALTIMORE TRANSIT CO. ET AL. Court of Appeals of Maryland. Certiorari denied. *Charles D. Harris* for petitioners. *Clarence W. Miles, Henry H. Waters* and *William B. Rafferty* for respondents.

No. 380. M. H. JACOBS CO., INC. ET AL. *v.* STAHLY, INC. C. A. 7th Cir. Certiorari denied. *Sidney Neuman* and *Arthur B. Seibold, Jr.* for petitioners. *Jules L. Brady* and *John Rex Allen* for respondent.

No. 386. ADMIRAL CORPORATION *v.* HAZELTINE RESEARCH, INC. C. A. 7th Cir. Certiorari denied. *Floyd H. Crews, Morris Relson* and *Francis H. Uriell* for petitioner. *Laurence B. Dodds, Miles D. Pillars, Philip F. LaFollette, Leonard A. Watson* and *M. Hudson Rathburn* for respondent.